```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 30051
   STEPHANIE TUCKER
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8533

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/01/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 02/09/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
CENTRIX FINANCIAL LLC    SECURED           3894.58       1661.59        3894.58
CENTRIX FINANCIAL LLC    UNSECURED         7228.34          .00          722.83
CAPITAL ONE VISA         UNSECURED        NOT FILED         .00             .00
CASHLAND FINANCIAL SERVI UNSECURED          263.52          .00           26.35
CITY OF CHICAGO DEPT OF  UNSECURED          410.00          .00           41.00
CONSUMER CREDIT SERVICES UNSECURED        NOT FILED         .00             .00
CONSOLIDATED PUBLIC SERV UNSECURED        NOT FILED         .00             .00
NATIONWIDE ACCEPTANCE~   UNSECURED          947.83          .00           94.78
INSTANT CASH ADVANCE     UNSECURED        NOT FILED         .00             .00
INSURE ON SPOT           UNSECURED        NOT FILED         .00             .00
QC HOLDINGS INC          UNSECURED          217.50          .00           21.75
NCO INOVMED              UNSECURED        NOT FILED         .00             .00
NCO MEDCLR               UNSECURED        NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE UNSECURED             .00          .00             .00
PLEASANTVIEW FIRE PROT   UNSECURED        NOT FILED         .00             .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED         .00             .00
CAPITAL ONE              NOTICE ONLY     NOT FILED         .00             .00
US CELLULAR              UNSECURED        NOT FILED         .00             .00
VILLAGE OF LAGRANGE PARK UNSECURED        NOT FILED         .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,249.20                     2,249.20
TOM VAUGHN               TRUSTEE                                          581.74
DEBTOR REFUND            REFUND                                           155.26

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 9,449.08

PRIORITY                                           .00
SECURED                                       3,894.58
    INTEREST                                  1,661.59

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 30051 STEPHANIE TUCKER
```

```
UNSECURED                                                     906.71
ADMINISTRATIVE                                              2,249.20
TRUSTEE COMPENSATION                                          581.74
DEBTOR REFUND                                                 155.26
                                        ---------------   ---------------
TOTALS                                        9,449.08          9,449.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```